UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DOYAL WILEY JOHNSON** | **CIV. ACTION NO. 3:21-01128** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the Objection [Doc. No. 15] filed by Plaintiff Doyal Wiley Johnson, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and this matter is hereby **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 10th day of August 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE